RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Digitally signed by Franchesca Torres
Date: 2025.12.23 14:08:49 -04'00'

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | INFORMATION |
| Plaintiff, | Crim. No. 25-521 (FAB) |
| v. | Violation: |
| IRIS M. ALVAREZ, | 18 U.S.C. § 641 |
| Defendant. | |

INFORMATION

The United States Attorney charges:

COUNT 1
18 U.S.C. § 641

On or about July 3, 2025, in the District of Puerto Rico, the defendant **IRIS M. ALVAREZ** did willfully and knowingly embezzle, steal, purloin, and knowingly convert to her use property of the United States, and a department and agency thereof (to wit: the Army and Air Force Exchange Service), with the value of such property, in the aggregate, being less than $1,000.00, in that defendant ALVAREZ willfully and knowingly took an item of property of the United States (to wit: a 5.11 Jan Ellis S/S 098 M shirt), this item being a thing of value, with a store received cost of approximately $26.73, and then left the store without rendering proper payment for the said item. All in violation of 18 U.S.C. § 641.

By: _____
Seth A. Erbe
Assistant United States Attorney and
Chief, Financial Fraud & Public
Corruption Section

W. STEPHEN MULDROW
United States Attorney

By: _____
John D. Larkin
Special Assistant United States Attorney
Fort Buchanan, Puerto Rico

Filed in San Juan, Puerto Rico on this 23rd day of December, 2025.