IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IRIS M. ALVAREZ,<br><br>Defendant. | INFORMATION<br><br>Crim. No. 25-0521 (FAB-MEL)<br><br>Violation:<br><br>18 U.S.C. § 641 |

### FIRST SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT 1
18 U.S.C. § 641

On or about May 21, 2025, in the District of Puerto Rico, the defendant **IRIS M. ALVAREZ** did willfully and knowingly embezzle, steal, purloin, and knowingly convert to her use property of the United States, and a department and agency thereof (to wit: the Army and Air Force Exchange Service), with the value of such property, in the aggregate, being less than $1,000.00, in that defendant ALVAREZ willfully and knowingly took items of property of the United States (to wit: a Lucky Brand 660 Cargo Dress, having a store received cost of approximately $35.30; an Old Navy Women's Long High-Neck Vest, having a store received cost of approximately $25.61; and an Old Navy Women's Sleeveless Flutter Femme Casual Shirt, having a store received cost of approximately $16.01), these items being a thing or things of value, with an aggregated store received cost of approximately $76.92, and then left the store without rendering proper payment for the said items. All in violation of 18 U.S.C. § 641.

## COUNT 2
18 U.S.C. § 641

On or about June 12, 2025, in the District of Puerto Rico, the defendant **IRIS M. ALVAREZ** did willfully and knowingly embezzle, steal, purloin, and knowingly convert to her use property of the United States, and a department and agency thereof (to wit: the Army and Air Force Exchange Service), with the value of such property, in the aggregate, being less than $1,000.00, in that defendant ALVAREZ willfully and knowingly took items of property of the United States (to wit: a Freedom Flex Woven Short Sleeve Charcoal Shirt, having a store received cost of approximately $37.44; and a Kuhl Stealth Short Sleeve Woven 841 M Shirt, having a store received cost of approximately $37.97), these items being a thing or things of value, with an aggregated store received cost of approximately $75.41, and then left the store without rendering proper payment for the said items. All in violation of 18 U.S.C. § 641.

## COUNT 3
18 U.S.C. § 641

On or about June 26, 2025, in the District of Puerto Rico, the defendant **IRIS M. ALVAREZ** did willfully and knowingly embezzle, steal, purloin, and knowingly convert to her use property of the United States, and a department and agency thereof (to wit: the Army and Air Force Exchange Service), with the value of such property, in the aggregate, being less than $1,000.00, in that defendant ALVAREZ willfully and knowingly took an item of property of the United States (to wit: an Urban Outfitters Free People Tilly Vest 001, having a store received cost of approximately $12.24), this item being a thing of value, and then left the store without rendering proper payment for the said item. All in violation of 18 U.S.C. § 641.

<u>COUNT 4</u>
18 U.S.C. § 641

On or about July 3, 2025, in the District of Puerto Rico, the defendant **IRIS M. ALVAREZ** did willfully and knowingly embezzle, steal, purloin, and knowingly convert to her use property of the United States, and a department and agency thereof (to wit: the Army and Air Force Exchange Service), with the value of such property, in the aggregate, being less than $1,000.00, in that defendant ALVAREZ willfully and knowingly took an item of property of the United States (to wit: a Jan Ellis brand S/S 098 M shirt, having a store received cost of approximately $26.73), this item being a thing of value, and then left the store without rendering proper payment for the said item. All in violation of 18 U.S.C. § 641.

W. STEPHEN MULDROW
United States Attorney

By: _____
Seth A. Erbe
Assistant United States Attorney and
Chief, Financial Fraud & Public
Corruption Section

By: _____
John D. Larkin
Special Assistant United States Attorney
Fort Buchanan, Puerto Rico

Filed in San Juan, Puerto Rico on this 6th day of April, 2026.